

**U. S. Department of Justice**

Criminal Division

April 28, 2015

*Fraud Section*
*Bond Building, 4th Floor*
*1400 New York Avenue, N.W.*
*Washington, DC 20005*

### VIA HAND DELIVERY

Dear Ms. Wilma Calderon:

The Fraud Section, Criminal Division, of the U.S Department of Justice ("this Office"), has been asked by the Federal Bureau of Investigation to review certain evidence concerning a matter in which your activities have been subjected to investigative scrutiny. Specifically, according to information supplied to this Office by the FBI, you and others working with you caused falsified medical records to be used in the submission of false claims to Medicare.

Activities of the type set forth above are subject to criminal penalties and prosecution in the federal court system by virtue of Title 18, United States Code, Sections 1347 and 1349, and other statutes. Accordingly, please be advised that you are considered a target of this criminal investigation. As such, there exists, in my opinion, sufficient evidence to seek your indictment for felony offenses.

Although not obligated to make any statements to law enforcement agents, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation with regard to the activities of any other individuals. You may also wish to seek the assistance of an attorney before making any such statement.

Regardless of how you may wish to handle this matter, please be advised that there are certain time limits, which if allowed to pass, may preclude your future ability to provide a statement at a time before criminal charges have been brought. Therefore, I suggest that you make any decision concerning whether you will supply a statement as soon as possible.

Please be cautioned, however, that, should you wish to provide information, or give a statement, concerning the activities currently under investigative scrutiny or, for that matter, any other subject, any statement that you make to investigators may be used against you during any future criminal, civil or administrative proceeding, or for any other purpose.

In light of the above, it is again suggested that you may wish to consult with an attorney prior to initiating any contact with Government agents. In fact, should you exercise this option, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well the extent, if any, to which you would be willing to provide information to federal investigators.

In closing, please be advised that your attorney, should you elect to retain the services of a lawyer, may reach me at (202) 716-1142.

Sincerely yours,

WIFREDO FERRER
UNITED STATES ATTORNEY

By:     /s/ A. Brendan Stewart
           A. BRENDAN STEWART
           TRIAL ATTORNEY
           Court ID No. A5501801
           United States Department of Justice
           1400 New York Avenue, N.W.
           Washington, D.C. 20530
           Phone: (202) 716-1142
           brendan.stewart@usdoj.gov